# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ZITO MEDIA, L.P.,

                   Respondent

               v.

DELOITTE & TOUCHE, LLP,

                  Petitioner

: No. 161 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.